**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Efrain FUENTES–HERNANDEZ,**
**Defendant—Appellant.**

**No. 05–16237.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 15, 2005.

Efrain Fuentes, Taft, CA, pro se.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

Efrain Fuentes–Hernandez, a federal prisoner, appeals pro se the denial of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence for conspiracy to possess heroin with intent to distribute. He contends that under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), the district court violated his Sixth Amendment rights in enhancing his sentence based on judge-found facts. This contention is foreclosed because *Booker* does not apply retroactively to convictions that became final prior to its publication. *See United States v. Cruz,* 423 F.3d 1119, 1119–20 (9th Cir.2005) (per curiam).

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.